■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH BOYLE v. ROBERT E. MURPHY, as Warden of Auburn Prison (G. Steadman Reed, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN L. CHANDLER (Thomas M. Dean, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD F. CAMPBELL v. ROBERT E. MURPHY, as Warden of Auburn Prison (Lucien Ali, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. LESLIE EURE (Charles T. Major, Jr., Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE EURE v. ROBERT E. MURPHY, as Warden of Auburn Prison (Charles T. Major, Jr., Esq.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. ANN P. GIBSON (Rocco D. Potenza, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS M. LAVELLE v. ROBERT E. MURPHY, as Warden of Auburn State Prison (Albert Weiner, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE PASSANTE (Raymond J. DE SILVA, Jr., Esq.) (I) THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY J. SIKORA v. WALTER H. WILKINS, as Warden of Attica Prison (Robert M. Murphy, Esq.) (J) THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT CAPPELETTI (Joseph Nevins, Jr., Esq.) (K) THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH COVELL (William W. Serra, Esq.) (L) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROY MYRON DARLING v. WALTER H. WILKINS, as Warden of Attica Prison (Glenn E. Charles, Esq.) (M) THE PEOPLE OF THE STATE OF NEW YORK v. STERLING E. SCHOONOVER (Byron R. Woodin, Esq.) (N) THE PEOPLE OF THE STATE OF NEW YORK v. SIGMUND ZOCHOWSKI (Donald L. Bilgore, Esq.) — [In each action] Motion granted to prosecute appeal on original record, typed briefs, and counsel assigned.

■ (A) In the Matter of ELEANORE PACOS et al., Appellants, v. GLENN L. HUNTER et al., Respondents. (B) ROCHESTER POSTER ADVERTISING CO., INC., Respondent, v. STATE OF NEW YORK, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DE FRANK, Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before October 10, 1961.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD STOKES, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR JOHNSON, Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before November 1, 1961.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. NATHANIEL GOLDSMITH, Appellant.— Appeal dismissed unless briefs are filed on or before November 6, 1961.

■ In the Matter of BERNARD S. DOBOSEN, Doing Business as THE TOWERS, Appellant, v. GRANT F. DANIELS et al., Constituting the State Liquor Authority, Respondents.— Motion granted to prosecute appeal on typewritten records and briefs.

■ WARREN L. MONG, Respondent, v. ALLSTATE INSURANCE COMPANY, Appellant.— Motion granted to extend time for perfecting appeal; respondent directed to file and serve brief on or before November 16, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY WIECZOREK, Appellant.— Motion granted and time for argument of the appeal enlarged to include November 1961 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT D. FIORE (Also Known as "CRICKY" FIORE), DENNIS P. O'DOWD, ROBERT BOGAN, FRANK S. MACNER, LEONARD CUSTODERO and PASQUALE FRAGETTA, Appellants.— Motion granted and time for argument of appeal enlarged to include January 1962 Term, on condition that appellants' briefs are filed and served on or before November 15, 1961. Respondent directed to file brief by December 20, 1961.